# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>**Anthony Michael Mucciolo aka Anthony M.**<br>**Mucciolo aka Anthony Mucciolo**<br>                        Debtor | **BK NO. 19-00739 RNO**<br><br>**Chapter 13** |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of M&T Bank as servicer for LAKEVIEW LOAN SERVICING LLC and index same on the master mailing list.

                                                      Respectfully submitted,

                                                      **/s/ James C. Warmbrodt, Esquire**
                                                      James C. Warmbrodt, Esquire
                                                      KML Law Group, P.C.
                                                      BNY Mellon Independence Center
                                                      701 Market Street, Suite 5000
                                                      Philadelphia, PA  19106
                                                      215-627-1322