Certificate Number: 12433-PAM-DE-032630849

Bankruptcy Case Number: 19-00739



12433-PAM-DE-032630849

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 7, 2019, at 2:24 o'clock AM EDT, Anthony M. Mucciolo completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: April 7, 2019    By: /s/Lance Brechbill

Name: Lance Brechbill

Title: Teacher