United States Bankruptcy Court
Middle District of Pennsylvania

In re:  
Anthony Michael Mucciolo  
    Debtor

Case No. 19-00739-RNO  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0314-5    User: TWilson    Page 1 of 2    Date Rcvd: Apr 10, 2019  
                     Form ID: ntcnfhrg    Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2019.

```
db              +Anthony Michael Mucciolo,    117 Olsen Road,    Stroudsburg, PA 18360-6956
5165344         +1ST NATIONAL BANK,    4140 E STATE STREET,    HERMITAGE, PA 16148-3401
5165346         +AMERICAN WEB LOAN,    53 THIRD STREET,    SAN FRANCISCO, CA 94103-3151
5165348         +AMERICAN EXPRESS,   C/O GATESTONE,    1000 N WEST STREET SUITE 1200,    WILMINGTON, DE 19801-1058
5165347         +AMERICAN EXPRESS,    PO BOX 981535,    EL PASO, TX 79998-1535
5175830          American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                  Malvern  PA 19355-0701
5165349        ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                  (address filed with court:  BANK OF AMERICA,     PO BOX 982238,    EL PASO, TX 79998-2238)
5165351          FIRST NATIONAL BANK,    500 E 60TH ST N,    SIOUX FALLS, SD 57104-0478
5165352          FIRST NATIONAL BANK DUNMORE,    102 E DRINKER STREET,    DUNORE, PA 18512-2432
5165353         +KML LAW GROUP,    STE 5000-BNY INDEPEN CTR,    701 MARKET STREET,    PHILADELPHIA, PA 19106-1538
5165355         +LAKEVIEW LOAN SERVICING LLC,    4425 PONCE DELEON BLVD,    MAIL STOP MX5/251,
                  MIAMI, FL 33146-1837
5165358         +MARINER FINANCE,    8211 TOWN CENTER DR,    NOTTINGHAM, MD 21236-5904
5165359        ++MET ED FIRST ENERGY,    101 CRAWFORD CORNER RD,    BLDG 1 SUITE 1-511,    HOLMDEL NJ 07733-1976
                  (address filed with court:  MET-ED,     PO BOX 16001,    READING, PA 19612-6001)
5165362          POCONO MEDICAL CENTER,    C/O COMPUTER CREDIT INC,    PO BOX 5238,    WINSTON SALEM, NC 27113-5238
5165363         +THD/CBNA,    PO BOX 6497,    SIOUX FALLS, SD 57117-6497
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
5165345         +E-mail/Text: ally@ebn.phinsolutions.com Apr 10 2019 19:24:20      ALLY FINANCIAL,
                  PO BOX 380901,    BLOOMINGTON, MN 55438-0901
5165350          E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 10 2019 19:21:13      CAPITAL ONE,
                  PO BOX 30285,    SALT LAKE CITY, UT 84130-0285
5179566          E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 10 2019 19:21:28
                  Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
                  Charlotte, NC  28272-1083
5165354          E-mail/Text: bncnotices@becket-lee.com Apr 10 2019 19:24:22      KOHLS/CAPITAL ONE,
                  PO BOX 3115,    MILWAUKEE, WI 53201-3115
5165356          E-mail/Text: camanagement@mtb.com Apr 10 2019 19:24:26      M & T BANK,    PO BOX 1288,
                  BUFFALO, NY 14240-1288
5165357          E-mail/Text: camanagement@mtb.com Apr 10 2019 19:24:26      M&T BANK,    PO BOX 900,
                  MILLSBORO, DE 19966
5165360          E-mail/Text: jsanders@cksfin.com Apr 10 2019 19:24:32      ONE MAIN FINANCIAL,
                  C/O CKS FINANCIAL,    PO BOX 2856,    CHESAPEAKE, VA 23327-2856
5165361         +E-mail/PDF: cbp@onemainfinancial.com Apr 10 2019 19:21:09      ONEMAIN,    PO BOX 70912,
                  CHARLOTTE, NC 28272-0912
                                                                                              TOTAL: 8
```

```
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2019                                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2019 at the address(es) listed below:

         Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com  
         James Warmbrodt   on behalf of Creditor   Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com  
         United States Trustee   ustpregion03.ha.ecf@usdoj.gov

```
District/off: 0314-5               User: TWilson            Page 2 of 2              Date Rcvd: Apr 10, 2019
                                   Form ID: ntcnfhrg        Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         Vincent   Rubino    on behalf of Debtor 1 Anthony Michael Mucciolo
          lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newmanwilliams.com;lbeaton@newman
          williams.com;EAP-VR@outlook.com;rkidwell@newmanwilliams.com
                                                                             TOTAL: 4

| UNITED STATES BANKRUPTCY COURT |
| --- |
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

| Anthony Michael Mucciolo, aka Anthony M. Mucciolo, aka Anthony Mucciolo, | Chapter | 13 |
| --- | --- | --- |
| **Debtor 1** | Case No. | 5:19−bk−00739−RNO |

## Notice

The confirmation hearing has been scheduled for Debtor 1 on the date indicated below.

A deadline of **May 15, 2019** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: May 22, 2019 Time: 09:30 AM |
| --- | --- |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** U.S. Bankruptcy Court 274 Max Rosenn U.S. Courthouse 197 South Main Street Wilkes−Barre, PA 18701 (570) 831−2500 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: TWilson, Deputy Clerk |
| --- | --- |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: April 10, 2019 |

ntcnfhrg (03/18)